# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 45512

|  |  |
|---|---|
| STATE OF IDAHO,<br><br>　　　　Plaintiff-Respondent,<br><br>v.<br><br>CHARLES MARK SIMPSON,<br><br>　　　　Defendant-Appellant. | )<br>)　Filed:　August 7, 2018<br>)<br>)　Karel A. Lehrman, Clerk<br>)<br>)　**THIS IS AN UNPUBLISHED**<br>)　**OPINION AND SHALL NOT**<br>)　**BE CITED AS AUTHORITY**<br>)<br>) |

Appeal from the District Court of the First Judicial District, State of Idaho, Kootenai County.  Hon. Cynthia K. C. Meyer, District Judge.

Judgment of conviction and unified sentence of sixteen years, with a minimum period of confinement of eight years, for lewd conduct with a minor under sixteen, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Ben C. McGreevy, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Judge; HUSKEY, Judge;
and LORELLO, Judge

_____

PER CURIAM

　　　Charles Mark Simpson pled guilty to lewd conduct with a minor under sixteen.  I.C. § 18-1508.  In exchange for his guilty plea, an additional charge was dismissed.  The district court sentenced Simpson to a unified term of sixteen years, with a minimum period of confinement of eight years.  Simpson filed an I.C.R. 35 motion, which the district court denied.  Simpson appeals, arguing that his sentence is excessive.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Simpson's judgment of conviction and sentence are affirmed.